UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

United States of America,

           Plaintiff(s),

v.                           Case No. 2:12−mj−30264−JU

Roger Stockham,

           Defendant(s).

---

**NOTICE OF TRANSFER PURSUANT TO RULE 5(c)(3)(E)
OF THE FEDERAL RULES OF CRIMINAL PROCEDURE**

TO:  U.S. DISTRICT COURT FOR THE DISTRICT OF VERMONT

    Enclosed are certified copies of the Order returning this case to your Court pursuant to Fed. R. Crim P. 5(c)(3)(E) and the docket sheet.  The case record is electronic and can be viewed at our Court's Intranet website via the J−Net.

    Please acknowledge receipt of this record by returning a time−stamped copy of this notice to:

        Clerk's Office
        U.S. District Court for the Eastern District of Michigan
        231 W. Lafayette Blvd., 5th Floor
        Detroit, MI
        48226
        (313) 234−5005

**Certification**

    I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

                            DAVID J. WEAVER, CLERK OF COURT

                            By: s/ D. Worth
                                Deputy Clerk

Dated:  April 27, 2012